

Exhibit A

| Invoice Number | Shipment Date | Invoice Date | Payment Due Date 10 Days | Invoice Amount | No. of Days Overdue 6/11/2012 | Accrued Interest* 10% | Trust Amount |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| 198325 | 11/5/2011 | 11/5/2011 | 11/15/2011 | $ 2,700.00 | 209 | $ 154.60 | $ 2,854.60 |
| | | | | | | | |
| Sub-Totals | | | | $ 2,700.00 | | $ 154.60 | $ 2,854.60 |

B & W Quality Growers, Inc.

vs.

Cal-O Vegetable Exchange, Inc.

TRUST CHART

=TOTAL CLAIM  $  2,854.60

* Additional daily interest accruing from above date  $  0.74

# B & W Quality Growers, Inc.

Fax:
Sales   772-571-8439
Admin  772-571-1015

17825 79th Street
Fellsmere, FL 32948

Phone:
Sales   772-571-0514
Admin  772-571-0800

## INVOICE

**Invoice #:  198325**
**Invoice:** Nov 05, 2011
**Ship:**    Nov 05, 2011
**Pay Terms:**  NET 20 DAYS

**Sold To: CAL-O VEG EXCHANGE**
**791 S. MISSION ST.**
**SUITE A**
**LOS ANGELES CA 90023**

**Ship To:** CAL-O VEG EXCHANGE
791 S. MISSION ST.
SUITE A
LOS ANGELES CA 90023

Page 1 of 1

**Sale Terms:**  FOB/DLVD
**Order:** Nov 04, 2011
**Cust PO:**

**Salesperson:** Andy Brown

**Currency:** USD

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Watercress Produce 24's | 240 | Box | 11.25 | 2,700.00 |
| INVOICE TOTAL: | 240 | | | 2,700.00 |

**PLEASE MAIL CHECK TO:  B & W QUALITY GROWERS, INC.**
**D860564**
**ORLANDO, FL  32886-0564**
**Phone: (772) 571-0800**

*Please return a copy of this invoice with your remittance - Thank You*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e ). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

**Shipper:** **B & W Quality Growers, Inc.**
17825 79th Street
Fellsmere, FL 32948
Phone: 772-571-0514  Fax: 772-571-8439

**Ship:** Nov 05, 2011

**Order #:** 198325
Cust PO:
**Terms:** FOB/DLVD
**Slsprsn:** Andy Brown

**Dlvr By:**
**Driver:**
**Driver Lic:**

**Truck Lic:**
**Trailer Lic:**

**To (Consignee):**
CAL-O VEG EXCHANGE
791 S. MISSION ST.
SUITE A
LOS ANGELES CA 90023

**Destination:**  **Telephone:** (323) 780-8309
CAL-O VEG EXCHANGE
791 S. MISSION ST.
SUITE A
LOS ANGELES CA 90023

Page 1 of

**Carrier:** All Points Services, Inc.
**Truck Brkr:**
**Reporting Instructions:**

**Carrier Arranged By:**
**Ship Charges Paid By:**

**Temp Degrees F.**  **Low:**  **High:**
**Ship Via:**
**Loaded At:** Florida

| Ordered | Shipped | Description | Product Of | Gross Weight |
|---------|---------|-------------|------------|--------------|
| 240 | | Watercress Produce 24's | USA | 384( |
| | 240 | | | 384( |



**Inspection:**  **Recorder No:**  Chart No:
**Loading Instructions:**
**Delivery Instructions:**
**Billing Instructions:**

RECEIVED
NOV - 7 2011
CAL-O Vegetable Exchange

RECEIVED from the shipper named herein, the perishable property described in good order and condition, except as noted, marked, consigned and destined as indicated, pursuant to an agreement (arranged by the truck broker, name herein, if any), whereby the carrier, in consideration of the transportation charges to be paid, agrees to carry and deliver said property to the consignee, subject only to the terms and conditions of this contract, which may be printed or written on the face or back hereof, which are hereby agreed to by the carrier, shipper, and the truck broker if any.

**Shipper:** _____   REC'D NOV 17 2011  Date _____

**Carrier:** _____  Date _____
Received above in good shipping condition and verified count.

**Consignee:** _____  Date _____
Received above perishable property in good order, except as noted.



**Fruit and Vegetable Programs**

# Search PACA

| **License No.** | **Date Issued** | **Anniversary Date** | **Status** |
|---|---|---|---|
| 20060141 | 11/9/2005 | 11/9/2012 | Active |

**Business Name**
B & W QUALITY GROWERS INC

| **Business Address** | **City** | **State** | **Zip** |
|---|---|---|---|
| 17825 79TH ST | FELLSMERE | FL | 329487822 |

| **Web Address** | **Email** | **Phone** | **Fax** |
|---|---|---|---|
| | INFO@WATERCRESS.COM | 772 571-0514 | 772 571-8439 |

| | **Mailing Address** | **City** | **State** | **Zip** |
|---|---|---|---|---|
| | 17825 79TH ST | FELLSMERE | FL | 329487822 |

---

**Reported Principal (Last Name, First Name)**

BURGOON, RICHARD R

**Trade Names**
None

---

**Branch Name , Branch City , Branch State** None

To connect with the PACA National License Center, Apply for a PACA License, or check on the status of a firmâ€™s license, please contact us at:

1 (800) 495-7222, then Option #1 or email us at PACALicense@ams.usda.gov

To connect with our Good Delivery Hotline, or if you have any Good Delivery inquiries or contract-related issues, please contactus at:

1 (800) 495-7222, then Option #2

To connect with our PACA Manassas, VA Regional Office about the status of a complaint or to ask a general PACA question, please contact us at:

1 (800) 495-7222, then Option #3 or email us at PACAManassas@ams.usda.gov

To connect with our PACA Fort Worth, TX Regional Office about the status of a complaint or to ask a general PACA question, please contact us at:

1 (800) 495-7222, then Option #4 or email us at PACAFtWorth@ams.usda.gov

To connect with our PACA Tucson, AZ Regional Office about the status of a complaint or to ask a general PACA question, pleasecontact us at:

1 (800) 495-7222, then Option #5 or email us at PACATucson@ams.usda.gov