# Exhibit A

# Giumarra Brothers Fruit Company, Inc.
## vs.
## Cal-O Vegetable Exchange, Inc.
### TRUST CHART

| Invoice Number | Shipment Date | Invoice Date | Payment Due Date 10 Days | Invoice Amount | No. of Days Overdue 6/11/2012 | Accrued Interest* 18% | Trust Amount |
|---|---|---|---|---|---|---|---|
| 10199439 | 8/5/2011 | 8/5/2011 | 8/15/2011 | $ 1,760.00 | 301 | $ 261.25 | $ 2,021.25 |
| 10199439 | 8/5/2011 | 8/5/2011 | 8/15/2011 | $ (740.00) | 301 | $ (109.84) | $ (849.84) |
| 10200318 | 8/9/2011 | 8/9/2011 | 8/19/2011 | $ 2,088.00 | 297 | $ 305.82 | $ 2,393.82 |
| 10201298 | 8/11/2011 | 8/11/2011 | 8/21/2011 | $ 1,320.00 | 295 | $ 192.03 | $ 1,512.03 |
| 10202249 | 8/15/2011 | 8/15/2011 | 8/25/2011 | $ 1,232.00 | 291 | $ 176.80 | $ 1,408.80 |
| 10202788 | 8/16/2011 | 8/16/2011 | 8/26/2011 | $ 2,278.50 | 290 | $ 325.86 | $ 2,604.36 |
| 10203541 | 8/18/2011 | 8/18/2011 | 8/28/2011 | $ 1,848.00 | 288 | $ 262.47 | $ 2,110.47 |
| 10203983 | 8/19/2011 | 8/19/2011 | 8/29/2011 | $ 4,257.00 | 287 | $ 602.51 | $ 4,859.51 |
| 10205756 | 8/25/2011 | 8/25/2011 | 9/4/2011 | $ 1,408.00 | 281 | $ 195.11 | $ 1,603.11 |
| | | Sub-Totals | | $ 15,451.50 | | $ 2,212.01 | $ 17,663.51 |

=Attorneys Fees & Costs  $ 1,500.00

=TOTAL CLAIM  $ 19,163.51

* Additional daily interest accruing from above date  $ 7.62



# INVOICE

**Giumarra Brothers Fruit Company**
A Division of GBF Inc.
1601 E. Olympic Blvd. Suite 408
Los Angeles CA 90021-0218
Phone: (213) 627-2900  Fax: (213) 628-4878
Acctg. Fax: (213) 627-0230

10199439

REMIT TO: P.O. BOX 21218 Los Angeles CA 90021-0218

SOLD TO • 14199
CAL-O VEGETABLE EXCHANGE
791 S. MISSION RD.
UNIT A
LOS ANGELES
CA 90023

SHIP TO • 14199
**SAME**

P.O.#: LUPE  TERMS: D  CODE: F = F.O.B. D = DELIVERED

| CUST. ORDER # | DATE SHIPPED | DATE INVOICED | SHIP FROM — VIA — | CAR NO. OR TRUCK LICENSE NO. | INVOICE NO. |
|---|---|---|---|---|---|
| | 8/05/11 | 8/05/11 | TRUCK | | 10199439 |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 176 | TOMATOES 5X5<br>PRODUCT OF UNITED STATES | 10.000 | 1760.00 |
| 176 | INVOICE TOTAL | | 1760.00 |

PAYMENT DUE ON OR BEFORE  8/26/11
Reference : LIGHT COLOR
PALLETS IN _____  PALLETS OUT _____
** PALLETS NOT EXCHANGED WILL BE BILLED AT $8.00 EA **
ANY PRICE/QUANTITY CHANGES REGARDING THIS INVOICE MUST BE
MADE WITHIN 24 HOURS OF ARRIVAL.
CUSTOMER SIGNATURE _____  PRINT _____
TIME IN _____  TIME OUT _____

Terms: Net 21 days. If payment is not made within the agreed upon time period, the customer shall be obligated for an interest charge of 1½% per month on the overdue unpaid balance plus all costs and attorney's fees incurred in collecting any overdue amounts.

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

ORIGINAL


THE GIUMARRA COMPANIES
nature's partner

Giumarra Brothers Fruit Company
A Division of GBF Inc.
1601 E. Olympic Blvd. Suite 408
Los Angeles CA 90021-0218
Phone: (213) 627-2900  Fax: (213) 628-4878
Acctg. Fax: (213) 627-0230

# INVOICE

10200318

REMIT TO: P.O. BOX 21218 Los Angeles CA 90021-0218

SOLD TO • 14199
CAL-O VEGETABLE EXCHANGE
791 S. MISSION RD.
UNIT A
LOS ANGELES
CA 90023

SHIP TO •**SAME**
14199

P.O.#: 98186          TERMS: D          CODE: F = F.O.B.  D = DELIVERED

| CUST. ORDER # | DATE SHIPPED | DATE INVOICED | SHIP FROM — VIA — | CAR NO. OR TRUCK LICENSE NO. | INVOICE NO. |
|---|---|---|---|---|---|
|  | 8/09/11 | 8/09/11 | TRUCK |  | 10200318 |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 50 | LEEKS<br>PRODUCT OF UNITED STATES | 9.000 | 450.00 |
| 126 | SPINACH<br>PRODUCT OF UNITED STATES | 13.000 | 1638.00 |
| ------ | | | ---------- |
| 176 | INVOICE TOTAL | | 2088.00 |

PAYMENT DUE ON OR BEFORE   8/30/11
Reference  : RUSH RUSH PLEASE
PALLETS IN _____     PALLETS OUT _____
** PALLETS NOT EXCHANGED WILL BE BILLED AT $8.00 EA **
ANY PRICE/QUANTITY CHANGES REGARDING THIS INVOICE MUST BE
MADE WITHIN 24 HOURS OF ARRIVAL.
CUSTOMER SIGNATURE _____ PRINT_____
TIME IN _____ TIME OUT_____

Terms: Net 21 days. If payment is not made within the agreed upon time period, the customer shall be obligated for an interest charge of 1½% per month on the overdue unpaid balance plus all costs and attorney's fees incurred in collecting any overdue amounts.

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

ORIGINAL



**THE GIUMARRA COMPANIES**
nature's partner

Giumarra Brothers Fruit Company
A Division of GBF Inc.
1601 E. Olympic Blvd. Suite 408
Los Angeles CA 90021-0218
Phone: (213) 627-2900  Fax: (213) 628-4878
Acctg. Fax: (213) 627-0230

# INVOICE

10201298

REMIT TO: P.O. BOX 21218 Los Angeles CA 90021-0218

14199
SOLD TO • CAL-O VEGETABLE EXCHANGE
791 S. MISSION RD.
UNIT A
LOS ANGELES
CA 90023

14199
SHIP TO •**SAME**

P.O.#: PINK COLOR           TERMS: D      CODE: F = F.O.B.  D = DELIVERED

| CUST. ORDER # | DATE SHIPPED | DATE INVOICED | SHIP FROM — VIA — | CAR NO. OR TRUCK LICENSE NO. | INVOICE NO. |
|---|---|---|---|---|---|
|  | 8/11/11 | 8/11/11 | TRUCK |  | 10201298 |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 176 | TOMATOES 5X5<br>PRODUCT OF UNITED STATES | 7.500 | 1320.00 |
| 176 | INVOICE TOTAL<br>INVOICE CORRECTED ON     8/19/11<br>Reference  : LUPE TAKE WHEREHOUSE<br>PALLETS IN _____        PALLETS OUT _____<br>** PALLETS NOT EXCHANGED WILL BE BILLED AT $8.00 EA **<br>ANY PRICE/QUANTITY CHANGES REGARDING THIS INVOICE MUST BE<br>MADE WITHIN 24 HOURS OF ARRIVAL.<br>CUSTOMER SIGNATURE _____ PRINT_____<br>TIME IN _____ TIME OUT_____ |  | 1320.00 |

Terms: Net 21 days. If payment is not made within the agreed upon time period, the customer shall be obligated for an interest charge of 1½% per month on the overdue unpaid balance plus all costs and attorney's fees incurred in collecting any overdue amounts.

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

ORIGINAL



**THE GIUMARRA COMPANIES**
nature's partner

Giumarra Brothers Fruit Company
A Division of GBF Inc.
1601 E. Olympic Blvd. Suite 408
Los Angeles CA 90021-0218
Phone: (213) 627-2900  Fax: (213) 628-4878
Acctg. Fax: (213) 627-0230

# INVOICE

10202249

REMIT TO: P.O. BOX 21218 Los Angeles CA 90021-0218

14199
SOLD TO • CAL-O VEGETABLE EXCHANGE
791 S. MISSION RD.
UNIT A
LOS ANGELES
CA 90023

14199
SHIP TO •**SAME**

P.O.#: 98358

TERMS: D

CODE: F = F.O.B.
D = DELIVERED

| CUST. ORDER # | DATE SHIPPED | DATE INVOICED | SHIP FROM — VIA — | CAR NO. OR TRUCK LICENSE NO. | INVOICE NO. |
|---|---|---|---|---|---|
|  | 8/15/11 | 8/15/11 | TRUCK |  | 10202249 |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 176 | TOMATOES 5X5<br>PRODUCT OF UNITED STATES | 7.000 | 1232.00 |
| 176 | INVOICE TOTAL |  | 1232.00 |

INVOICE CORRECTED ON    8/19/11
Reference : LIGHT COLOR PINK
PALLETS IN _____    PALLETS OUT _____
** PALLETS NOT EXCHANGED WILL BE BILLED AT $8.00 EA **
ANY PRICE/QUANTITY CHANGES REGARDING THIS INVOICE MUST BE
MADE WITHIN 24 HOURS OF ARRIVAL.
CUSTOMER SIGNATURE _____ PRINT_____
TIME IN _____ TIME OUT_____

Terms: Net 21 days. If payment is not made within the agreed upon time period, the customer shall be obligated for an interest charge of 1½% per month on the overdue unpaid balance plus all costs and attorney's fees incurred in collecting any overdue amounts.

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

ORIGINAL



**THE GIUMARRA COMPANIES**
nature's partner

Giumarra Brothers Fruit Company
A Division of GBF Inc.
1601 E. Olympic Blvd. Suite 408
Los Angeles CA 90021-0218
Phone: (213) 627-2900  Fax: (213) 628-4878
Acctg. Fax: (213) 627-0230

# INVOICE

10202788

REMIT TO: P.O. BOX 21218 Los Angeles CA 90021-0218

SOLD TO • 14199
CAL-O VEGETABLE EXCHANGE
791 S. MISSION RD.
UNIT A
LOS ANGELES
CA 90023

SHIP TO •**SAME** 14199

P.O.#: 98382   TERMS: D   CODE: F = F.O.B.  D = DELIVERED

| CUST. ORDER # | DATE SHIPPED | DATE INVOICED | SHIP FROM — VIA — | CAR NO. OR TRUCK LICENSE NO. | INVOICE NO. |
|---|---|---|---|---|---|
|  | 8/16/11 | 8/16/11 | TRUCK |  | 10202788 |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 147 | SPINACH<br>PRODUCT OF UNITED STATES | 15.500 | 2278.50 |
| ------ | | | ---------- |
| 147 | INVOICE TOTAL | | 2278.50 |

PAYMENT DUE ON OR BEFORE  9/06/11
PALLETS IN _____     PALLETS OUT _____
** PALLETS NOT EXCHANGED WILL BE BILLED AT $8.00 EA **
ANY PRICE/QUANTITY CHANGES REGARDING THIS INVOICE MUST BE
MADE WITHIN 24 HOURS OF ARRIVAL.
CUSTOMER SIGNATURE _____  PRINT_____
TIME IN _____  TIME OUT_____

Terms: Net 21 days. If payment is not made within the agreed upon time period, the customer shall be obligated for an interest charge of 1½% per month on the overdue unpaid balance plus all costs and attorney's fees incurred in collecting any overdue amounts.

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

ORIGINAL


THE GIUMARRA COMPANIES
nature's partner

Giumarra Brothers Fruit Company
A Division of GBF Inc.
1601 E. Olympic Blvd. Suite 408
Los Angeles CA 90021-0218
Phone: (213) 627-2900  Fax: (213) 628-4878
Acctg. Fax: (213) 627-0230

# INVOICE

10203541

REMIT TO: P.O. BOX 21218 Los Angeles CA 90021-0218

```
          14199                                    14199
SOLD TO • CAL-O VEGETABLE EXCHANGE      SHIP TO •**SAME**
          791 S. MISSION RD.
          UNIT A
          LOS ANGELES
          CA  90023
P.O.#  98474                              TERMS:  D         CODE: F = F.O.B.
                                                                  D = DELIVERED
```

| CUST ORDER # | DATE SHIPPED | DATE INVOICED | SHIP FROM --- VIA --- | CAR NO. OR TRUCK LICENSE NO. | INVOICE NO. |
|---|---|---|---|---|---|
|  | 8/18/11 | 8/18/11 | TRUCK |  | 10203541 |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 264 | TOMATOES 5X5<br>PRODUCT OF UNITED STATES | 7.000 | 1848.00 |
| 264 | INVOICE TOTAL<br>INVOICE CORRECTED ON     8/19/11<br>Reference  : PINK COLOR WHSE.<br>PALLETS IN _____    PALLETS OUT _____<br>** PALLETS NOT EXCHANGED WILL BE BILLED AT $8.00 EA **<br>ANY PRICE/QUANTITY CHANGES REGARDING THIS INVOICE MUST BE<br>MADE WITHIN 24 HOURS OF ARRIVAL.<br>CUSTOMER SIGNATURE _____ PRINT_____<br>TIME IN _____ TIME OUT_____ |  | 1848.00 |

Terms: Net 21 days. If payment is not made within the agreed upon time period, the customer shall be obligated for an interest charge of 1½% per month on the overdue unpaid balance plus all costs and attorney's fees incurred in collecting any overdue amounts.

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

ORIGINAL



**THE GIUMARRA COMPANIES**
nature's partner

Giumarra Brothers Fruit Company
A Division of GBF Inc.
1601 E. Olympic Blvd. Suite 408
Los Angeles CA 90021-0218
Phone: (213) 627-2900  Fax: (213) 628-4878
Acctg. Fax: (213) 627-0230

# INVOICE

10203983

REMIT TO: P.O. BOX 21218 Los Angeles CA 90021-0218

```
                14199                              14199
SOLD TO • CAL-O VEGETABLE EXCHANGE       SHIP TO •**SAME**
          791 S. MISSION RD.
          UNIT A
          LOS ANGELES
          CA  90023
P.O.#:  98486                                TERMS:  D         CODE: F = F.O.B.
                                                                     D = DELIVERED
```

| CUST. ORDER # | DATE SHIPPED | DATE INVOICED | SHIP FROM --- VIA --- | CAR NO. OR TRUCK LICENSE NO. | INVOICE NO. |
|---|---|---|---|---|---|
|  | 8/19/11 | 8/19/11 | TRUCK |  | 10203983 |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 240 | CILANTRO<br>PRODUCT OF UNITED STATES | 11.000 | 2640.00 |
| 98 | SPINACH<br>PRODUCT OF UNITED STATES | 16.500 | 1617.00 |
| -------- | | | ---------- |
| 338 | INVOICE TOTAL | | 4257.00 |

PAYMENT DUE ON OR BEFORE  9/09/11
PALLETS IN _____  PALLETS OUT _____
** PALLETS NOT EXCHANGED WILL BE BILLED AT $8.00 EA **
ANY PRICE/QUANTITY CHANGES REGARDING THIS INVOICE MUST BE
MADE WITHIN 24 HOURS OF ARRIVAL.
CUSTOMER SIGNATURE _____ PRINT_____
TIME IN _____ TIME OUT _____

Terms: Net 21 days. If payment is not made within the agreed upon time period, the customer shall be obligated for an interest charge of 1½% per month on the overdue unpaid balance plus all costs and attorney's fees incurred in collecting any overdue amounts.

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

ORIGINAL



THE GIUMARRA COMPANIES
nature's partner

Giumarra Brothers Fruit Company
A Division of GBF Inc.
1601 E. Olympic Blvd. Suite 408
Los Angeles CA 90021-0218
Phone: (213) 627-2900 Fax: (213) 628-4878
Acctg. Fax: (213) 627-0230

# INVOICE

10205756

REMIT TO: P.O. BOX 21218 Los Angeles CA 90021-0218

SOLD TO • 14199
CAL-O VEGETABLE EXCHANGE
791 S. MISSION RD.
UNIT A
LOS ANGELES
CA 90023

SHIP TO • 14199
**SAME**

P.O.#: 98671

TERMS: D

CODE: F = F.O.B. D = DELIVERED

| CUST. ORDER # | DATE SHIPPED | DATE INVOICED | SHIP FROM — VIA — | CAR NO. OR TRUCK LICENSE NO. | INVOICE NO. |
|---|---|---|---|---|---|
| | 8/25/11 | 8/25/11 | TRUCK | | 10205756 |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 176 | TOMATOES 4X5<br>PRODUCT OF UNITED STATES | 8.000 | 1408.00 |
| ------ | | | --------- |
| 176 | INVOICE TOTAL | | 1408.00 |

INVOICE CORRECTED ON 8/26/11
PALLETS IN ______________ PALLETS OUT ______________
** PALLETS NOT EXCHANGED WILL BE BILLED AT $8.00 EA **
ANY PRICE/QUANTITY CHANGES REGARDING THIS INVOICE MUST BE MADE WITHIN 24 HOURS OF ARRIVAL.
CUSTOMER SIGNATURE ______________ PRINT ______________
TIME IN ______________ TIME OUT ______________

Terms: Net 21 days. If payment is not made within the agreed upon time period, the customer shall be obligated for an interest charge of 1½% per month on the overdue unpaid balance plus all costs and attorney's fees incurred in collecting any overdue amounts.

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

ORIGINAL



Fruit and Vegetable Programs

# Search PACA

| License No. | Date Issued | Anniversary Date | Status |
|---|---|---|---|
| 19130630 | 9/29/1950 | 9/29/2012 | Active |

**Business Name**
GIUMARRA BROS FRUIT CO INC

| Business Address | City | State | Zip |
|---|---|---|---|
| 1601 E OLYMPIC BLVD BLDG 400 SUITE 408 | LOS ANGELES | CA | 900210000 |

| Web Address | Email | Phone | Fax |
|---|---|---|---|
| | | 760 480-8502 | |

| | Mailing Address | City | State | Zip |
|---|---|---|---|---|
| | P O BOX 21218 | LOS ANGELES | CA | 900210000 |

**Reported Principal (Last Name, First Name)**

GIUMARRA JR, JOHN
CORSARO, DONALD J
GIUMARRA TR #2 JOHN & SHRLY,
CORSARO TR #1 DOMINICK,
GIUMARRA TR #1 JOSEPH,
GIUMARRA TR #1 GEORGE,
GIUMARRA JR, JOHN

**Trade Names**
**None**

**Branch Name , Branch City , Branch State**

GIUMARRA BROS FRUIT CO INC. REEDLEY, CA

**To connect with the PACA National License Center, Apply for a PACA License, or check on the status of a firmâ€™s license, please contact us at:**
**1 (800) 495-7222, then Option #1 or email us at PACALicense@ams.usda.gov**
**To connect with our Good Delivery Hotline, or if you have any Good Delivery inquiries or contract-related issues, please contactus at:**
**1 (800) 495-7222, then Option #2**
**To connect with our PACA Manassas, VA Regional Office about the status of a complaint or to ask a general PACA question, please contact us at:**
**1 (800) 495-7222, then Option #3 or email us at PACAManassas@ams.usda.gov**
**To connect with our PACA Fort Worth, TX Regional Office about the status of a complaint or to ask a general PACA question, please contact us at:**

**1 (800) 495-7222, then Option #4 or email us at PACAFtWorth@ams.usda.gov**

**To connect with our PACA Tucson, AZ Regional Office about the status of a complaint or to ask a general PACA question, pleasecontact us at:**

**1 (800) 495-7222, then Option #5 or email us at PACATucson@ams.usda.gov**