# Exhibit A

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| <td colspan="8" align="center">*Grimmway Farms*<br>*vs.*<br>*Cal-O Vegetable Exchange, Inc.*<br>TRUST CHART</td> |
| *Invoice Number* | *Shipment Date* | *Invoice Date* | *Payment Due Date 30 Days* | *Invoice Amount* | *No. of Days Overdue 6/11/2012* | *Accrued Interest* 18% | *Trust Amount* |
| GF2167853 | 10/26/2011 | 10/28/2011 | 11/25/2011 | $ 2,964.00 | 199 | $ 290.88 | $ 3,254.88 |
| GF2169839 | 10/29/2011 | 11/1/2011 | 11/28/2011 | $ 1,648.00 | 196 | $ 159.29 | $ 1,807.29 |
| | | Sub-Totals | | $ 4,612.00 | | $ 450.17 | $ 5,062.17 |

=Attorneys Fees & Costs $ 750.00

=TOTAL CLAIM $ 5,812.17

*Additional daily interest accruing from above date $ 2.27

May 23, 2011

CAL-O VEGETABLE EXCHANGE, INC.
791 S MISSION RD., UNIT A
LOS ANGELES, CA 90023



A family of *Growing* companies.

Dear Valued Customer,

In compliance with PACA regulations and statutory trust provisions, this letter will confirm that payment for transactions entered into between Grimmway Enterprises, Inc. d/b/a Grimmway Farms and CAL-O VEGETABLE EXCHANGE INC. ("You") is to be made on or before 30 calendar days following the date of the shipment (the "Payment Date").

In the event You do not make payment by the Payment Date, finance charges will accrue on any past-due balance at the rate of 1.5% per month (18% per annum), or the maximum rate of interest allowable by law, and will be computed daily and compounded annually. In the event any action or proceeding is commenced to enforce the terms of any sales transactions between us, You agree to pay all costs of enforcement, including reasonable attorneys' fees, as additional sums owed in connection with the transaction.

Please sign this letter below, keep a copy for your records, and immediately fax a copy of your signature back to me at (661) 845-6627 and then return the original to me at the address below. If you do not return the letter and have purchased product from Grimmway Farms, you will be deemed to have agreed to these terms.

Thank you for your immediate attention to this matter. If you have any questions please contact me.

Sincerely,

GRIMMWAY ENTERPRISES, INC.

Steven Antongiovanni
Controller

**Accepted & Agreed:**

CAL-O VEGETABLE EXCHANGE INC.

_____        5/27/11
Signature                        Date

Thomas H. Kunisaki              PRESIDENT
Print Name                       Print Title

CALOV

P.O. 81498 • Bakersfield, CA 93380-1498
tel: (661) 845-5200 • fax: (661) 845-9750
www.grimmway.com

| **INVOICE** | |
|---|---|
| REFER TO OUR ORDER NUMBER AND INVOICE NUMBER ON ALL CORRESPONDENCE | |

# Grimmway Farms

| SHIP DATE | INVOICE NUMBER |
|---|---|
| 10/26/2011 | GF2167853 |

ACCOUNTING OFFICE
P.O. BOX 81498
BAKERSFIELD, CA 93380
Telephone: (661)393-3320
FAX: (661)845-6627

CALOV

**BILL TO** CAL-O VEGETABLE EXCHANGE, INC.
791 S MISSION RD., UNIT A
LOS ANGELES, CA 90023

**SHIP TO** CAL-O VEGETABLE EXCHANGE INC.
791 S. MISSION RD., UNIT A
LOS ANGELES, CA 90023

Page 1

| Invoice Date | PO-Number | Secondary PO Number | Terms |
|---|---|---|---|
| 10/28/2011 | 100372 | | FOB Net 30 |

| DESCRIPTION | NUMBER OF UNITS | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Carrots 25 Lbs Jumbos Grimmway Farms | 240.00 | 5.1500 | 1,236.00 |
| Baby Peeled Carrots 30/1 Classic | 40.00 | 18.5000 | 740.00 |
| Carrots 48/1 Grimmway Farms | 40.00 | 12.3500 | 494.00 |
| Carrots 24/2 Grimmway Farms | 40.00 | 12.3500 | 494.00 |

Produce Of USA

TOTAL AMOUNT $ **2,964.00**

U.S. FUNDS

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U. S. C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest will accrue on any past-due balance at the rate of 1½% per month (18% per annum).

Buyer agrees to pay all costs of collection, including attorneys' fees and costs, as additional sums owed in connections with this transaction in the event collection action becomes necessary.

ALL SALES F.O.B. PER BILL OF LADING UNLESS OTHERWISE STATED - PLEASE PAY BY INVOICE - NO STATEMENT RENDERED



**MOTOR CARRIER** Straight Bill of Lading  FOR EXEMPT COMMODITIES  Original – Not Negotiable

# GRIMMWAY FARMS
ADDRESS ALL CORRESPONDENCE TO: GRIMMWAY FARMS, P.O. BOX 81498, BAKERSFIELD, CA 93380-1498, (661)393-3320

| | | | |
|---|---|---|---|
| SOLD TO: | CAL-O VEGETABLE EXCHANGE INC.<br>791 S MISSION RD., UNIT A<br>LOS ANGELES, CA 90023 | Bill Of Lading #:<br>PRO #:<br>FOB:<br>ORDER NUMBER:<br>SHIPMENT DATE:<br>TRACTOR LICENSE:<br>TRAILER LICENSE: | 21678531<br>140657<br>Destination<br>GF2167853-1<br>10/26/11<br>9D90982<br>4JY9625 |
| SHIP TO: | CAL-O VEGETABLE EXCHANGE INC.<br>791 S. MISSION RD., UNIT A<br>LOS ANGELES, CA 90023 | DRIVER:<br>SHIPPING BROKER:<br>CARRIER:<br>CONTACT NAME:<br>CONTACT NUMBER:<br>BUYER REFERENCE:<br>TERMS: | JOSE A. GARCIA<br>NONE<br>Juarez Brothers Trucking<br>GABRIEL SALAS<br>661-854-8147<br>100372 /<br>FOB Net 30 |

DRIVER INIT: _____

Seal

RV 92   Page 1 of 1

| DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXEMPTIONS | UNITS | SHIP WEIGHT |
|---|---|---|
| Recommended storage and transport temperature for the following items: | 34° to 36° | |
| Carrots 25 Lbs Jumbos Grimmway Farms | 240 | 6240 |
| Baby Peeled Carrots 30/1 Classic | 40 | 1280 |
| Carrots 48/1 Grimmway Farms | 40 | 2360 |
| Carrots 24/2 Grimmway Farms | 40 | 2160 |
| Loading Temps: Trailer:36 | | |
| Packages: | 360 | 12040 |



RECEIVED OCT 27 2011 CAL-O Vegetable Exchange

SHIPPER: **GRIMMWAY FARMS**   Produce of USA
LOADED AT: 11412 Malaga Rd., Arvin, CA 93203

I HAVE PERSONALLY COUNTED AND ACKNOWLEDGE RECEIPT OF THE ABOVE DESCRIBED LOAD IN GOOD CONDITION. I ACKNOWLEDGE THE TERMS ON THE REVERSE SIDE HEREOF.

DRIVER SIGNATURE _____

ORIGINATOR

RECEIVED, from the shipper named herein, the perishable property described above, in good order and condition, except as noted above, marked, consigned and destined and indicated above, pursuant to an agreement (arranged by the truck broker, named herein, if any), whereby the motor carrier shown above, in consideration of the transportation charges to be paid

| | | |
|---|---|---|
| **INVOICE** | | **Grimmway Farms** |

REFER TO OUR ORDER NUMBER AND INVOICE NUMBER ON ALL CORRESPONDENCE

| SHIP DATE | INVOICE NUMBER |
|---|---|
| 10/29/2011 | GF2169839 |

ACCOUNTING OFFICE
P.O. BOX 81498
BAKERSFIELD, CA 93380
Telephone: (661)393-3320
FAX: (661)845-6627

CALOV

**BILL TO**  CAL-O VEGETABLE EXCHANGE, INC.
791 S MISSION RD., UNIT A
LOS ANGELES, CA  90023

**SHIP TO**  CAL-O VEGETABLE EXCHANGE INC.
791 S. MISSION RD., UNIT A
LOS ANGELES, CA  90023

Page 1

| Invoice Date | PO-Number | Secondary PO Number | Terms |
|---|---|---|---|
| 11/01/2011 | 100460 | | FOB Net 30 |

| DESCRIPTION | NUMBER OF UNITS | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Carrots 25 Lbs Jumbos Grimmway Farms | 320.00 | 5.1500 | 1,648.00 |

Produce Of USA

TOTAL AMOUNT  $  **1,648.00**

U.S. FUNDS

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U. S. C. 499e(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest will accrue on any past-due balance at the rate of 1½% per month (18% per annum).

Buyer agrees to pay all costs of collection, including attorneys' fees and costs, as additional sums owed in connections with this transaction in the event collection action becomes necessary.

ALL SALES F.O.B. PER BILL OF LADING UNLESS OTHERWISE STATED - PLEASE PAY BY INVOICE - NO STATEMENT RENDERED



**MOTOR CARRIER** Straight Bill of Lading  FOR EXEMPT COMMODITIES   Original – Not Negotiable

# GRIMMWAY FARMS

ADDRESS ALL CORRESPONDENCE TO: GRIMMWAY FARMS, P.O. BOX 81498, BAKERSFIELD, CA 93380-1498, (661)393-3320

| | |
|---|---|
| SOLD TO: | CAL-O VEGETABLE EXCHANGE INC. |
| | 791 S MISSION RD., UNIT A |
| | LOS ANGELES, CA 90023 |

| | |
|---|---|
| Bill Of Lading #: | 21698391 |
| PRO #: | 140946 |
| FOB: | Destination |
| ORDER NUMBER: | GF2169839-1 |
| SHIPMENT DATE: | 10/29/11 |
| TRACTOR LICENSE: | UP17412 |
| TRAILER LICENSE: | 4JY9627 |
| DRIVER: | MARTIN G. ROJAS |
| SHIPPING BROKER: | NONE |
| CARRIER: | Juarez Brothers Trucking |
| CONTACT NAME: | GABRIEL SALAS |
| CONTACT NUMBER: | 661-854-8147 |
| BUYER REFERENCE: | 100460 / |
| TERMS: | FOB Net 30 |
| Seal | |

SHIP TO: CAL-O VEGETABLE EXCHANGE INC.
791 S. MISSION RD., UNIT A
LOS ANGELES, CA 90023

DRIVER INIT: _____

RV # 94      Page 1 of 1

| DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXEMPTIONS | UNITS | SHIP WEIGHT |
|---|---|---|
| Recommended storage and transport temperature for the following items: 34° to 36° | | |
| Carrots 25 Lbs Jumbos Grimmway Farms | 319 | 8320 |
| Loading Temps: Trailer:34   Packages: (319) | | 8320 |
| 1 BAG DAMAGE | | |

**RECEIVED** OCT 31 2011 CAL-O Vegetable Exchange

SHIPPER: GRIMMWAY FARMS
LOADED AT: 11412 Malaga Rd., Arvin, CA 93203

Produce of USA

I HAVE PERSONALLY COUNTED AND ACKNOWLEDGE RECEIPT OF THE ABOVE DESCRIBED LOAD IN GOOD CONDITION. I ACKNOWLEDGE THE TERMS ON THE REVERSE SIDE HEREOF.

DRIVER SIGNATURE _____

ORIGINATOR

RECEIVED, from the shipper named herein, the perishable property described above, in good order and condi...



Fruit and Vegetable Programs

# Search PACA

| **License No.** | **Date Issued** | **Anniversary Date** | **Status** |
|---|---|---|---|
| 19930495 | 1/19/1993 | 1/19/2013 | Active |

**Business Name**
GRIMMWAY ENTERPRISES INC

| **Business Address** | **City** | **State** | **Zip** |
|---|---|---|---|
| 6900 MOUNTAIN VIEW ROAD | BAKERSFIELD | CA | 93307 |

| **Web Address** | **Email** | **Phone** | **Fax** |
|---|---|---|---|
| | JGREEN@GRIMMWAY.COM | 661 845-5275 | 661 845-5862 |

| | **Mailing Address** | **City** | **State** | **Zip** |
|---|---|---|---|---|
| | P O BOX 81498 | BAKERSFIELD | CA | 933801498 |

---

**Reported Principal (Last Name, First Name)**

BARNES, STEVE A
GRIMM, KARI L
GRIMM-MARSHALL, BARBARA M
MEGER, JEFFREY A
GREEN, JEFFREY A
HUCKABY, JEFFREY D

**Trade Names**

GRIMMWAY FROZEN FOODS

---

**Branch Name , Branch City , Branch State**

GRIMMWAY FARMS. BAKERSFIELD, CA

---

**To connect with the PACA National License Center, Apply for a PACA License, or check on the status of a firm's license, please contact us at:**

**1 (800) 495-7222, then Option #1 or email us at PACALicense@ams.usda.gov**

**To connect with our Good Delivery Hotline, or if you have any Good Delivery inquiries or contract-related issues, please contactus at:**

**1 (800) 495-7222, then Option #2**

**To connect with our PACA Manassas, VA Regional Office about the status of a complaint or to ask a general PACA question, please contact us at:**

**1 (800) 495-7222, then Option #3 or email us at PACAManassas@ams.usda.gov**

**To connect with our PACA Fort Worth, TX Regional Office about the status of a complaint or to ask a general PACA question, please contact us at:**

**1 (800) 495-7222, then Option #4 or email us at PACAFtWorth@ams.usda.gov**

**To connect with our PACA Tucson, AZ Regional Office about the status of a complaint or to ask a general PACA question, pleasecontact us at:**

**1 (800) 495-7222, then Option #5 or email us at PACATucson@ams.usda.gov**