UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# MEMORANDUM

| | | | |
|---|---|---|---|
| Case No. | CV 12-3933 DSF (MRWx) | Date | 7/12/12 |
| Title | A.V. Thomas Produce, Inc., et al. v. Cal-O Vegetable Exchange, Inc., et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   (In Chambers) Order re Local Rule 7-3 Compliance

　　　Proposed Intervenor Livingston Farmers Association recently filed a motion now set for hearing on August 13, 2012 ("Motion"). The Motion fails to comply with Rule 7-3 of the Local Rules for the Central District of California, which provides in part: "[C]ounsel for the moving party shall include in the notice of motion a statement to the following effect: ¶ 'This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on (date).'" The failure of the moving party(ies) timely to comply with the orders set forth below will result in the Motion being placed off-calendar.

　　　[ X ]  Counsel for moving party(ies) is to provide the required statement, including the date on which the conference took place. (If no conference was timely held before the Motion was filed, the Motion should be taken off-calendar until counsel complies with Rule 7-3.) Note that pursuant to Local Rule 16-12 and Paragraph 6b of this Court's Standing Order, a plaintiff's pro se status does not negate this requirement.

　　　[  ]  Counsel for moving party(ies) is to provide a statement specifying the date on which the conference took place.

　　　The statement must be filed no later than July 16, 2012. A paper copy must be delivered to chambers.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## MEMORANDUM

IT IS SO ORDERED.